**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**JACOBY ORR**                                               **PLAINTIFF**
**#2859772**

**v.**                           **Case No. 4:25-cv-01243-KGB**

**TAMMY L. HARRIS**                                 **DEFENDANT**

## ORDER

Before the Court is the status of this case. On December 2, 2025, the Court ordered plaintiff Jacoby Orr either to pay the $405.00 statutory filing fee or file a properly completed application to proceed *in forma pauperis*, with the required calculation sheet signed by an authorized official at the Faulkner County Detention Center where Orr represents he is in custody, within 30 days from the entry of the Order (Dkt. No. 2). The Court warned Orr that that, under Local Rule 5.5, the Court may dismiss his case without prejudice for failure to comply with the Court's Order (*Id*.).

To date, Orr has not paid the statutory filing fee, filed an application to proceed *in forma pauperis*, or otherwise responded to the Court's December 2, 2025, Order. Given Orr's failure to comply with the Court's December 2, 2025, Order and prosecute diligently his case pursuant to Local Rule 5.5(c)(2), the Court dismisses without prejudice Orr's complaint (Dkt. No. 1). The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken from this Order and the accompanying Judgment would not be in good faith.

It is so ordered this 3rd day of March, 2026.

_Kristine G. Baker_____
Kristine G. Baker
Chief United States District Judge