**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**JACOBY ORR**                                                                                              **PLAINTIFF**
**#2859772**

**v.**                                               **Case No. 4:25-cv-01243-KGB**

**TAMMY L. HARRIS**                                                                                  **DEFENDANT**

## JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that plaintiff Jacoby Orr's complaint is dismissed without prejudice.  The relief sought is denied.  The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken in this action is considered frivolous and not in good faith.

It is so adjudged this 3rd day of March, 2026.

_____
Kristine G. Baker
Chief United States District Judge